Alan S. Gutman, SBN 128514
Matthew E. Hess, SBN 214732
LAW OFFICES OF ALAN S. GUTMAN
9401 Wilshire Boulevard, Suite 575
Beverly Hills, CA 90212-2918
Telephone: 310-385-0700
Facsimile: 310-385-0710
　　email: alangutman@gutmanlaw.com
　　email: mhess@gutmanlaw.com

Attorneys for Plaintiff MORGAN CREEK PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN CREEK PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NINTENDO OF AMERICA, INC., DOES 1 - 10, Inclusive, <br><br> Defendant. | Case No. CV08-03866 CBM (AGR) <br><br> **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff alleges as follows:

## JURISDICTION

1.　This is a copyright infringement action. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338. Plaintiff seeks injunctive relief, actual damages (or statutory damages at Plaintiff's election pursuant to 17 U.S.C. § 504(c)(1)), costs and attorney's fees, for the willful infringement of the musical composition and sound recording "You're So Cool."

## VENUE

2.　Venue in this judicial district is proper under 28 U.S.C. § 1400(a) as Defendant may be found in this district and Plaintiff's principal place of

business is in this district.

## THE PARTIES

3. Plaintiff Morgan Creek Productions, Inc. ("Morgan Creek") is a Delaware corporation with its principal place of business in the County of Los Angeles, State of California.

4. Plaintiff is informed and believes and on that basis alleges that Defendant Nintendo of America, Inc. ("Nintendo") is a Washington corporation with its principal place of business in the State of California.

5. Plaintiff is informed and believes and thereon alleges that the true names and capacities, whether individual, corporate, associate or otherwise, of defendants herein named as Does 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will seek to amend this complaint to state the true names and capacities of these Doe defendants when they have been ascertained. For convenience, any reference throughout this Complaint to a named Defendant shall also refer to a Doe defendant.

6. At all times herein mentioned each Defendant was the agent, servant and representative of the other Defendants and was acting within the course and scope of such agency.

## FIRST CLAIM FOR RELIEF
## COPYRIGHT INFRINGEMENT
## [SOUND RECORDING]
## AGAINST ALL DEFENDANTS

7. Plaintiff realleges and incorporates by reference all allegations contained in paragraphs 1 through 6 as though said allegations were set forth in their entirety herein.

8. Plaintiff is the owner of the copyright in and to the musical composition and sound recording entitled "You're So Cool" written by Hans

Zimmer that was released as part of the soundtrack to Morgan Creek's 1993 motion picture "True Romance."

9. Plaintiff duly complied with all required provisions of the copyright laws of the United States applicable to musical compositions and sound recordings, including but not limited to, duly registering and receiving a copyright in and to the sound recording with the United States Copyright Office. Specifically, the musical composition and sound recording were registered with the United States Copyright Office on or about August 11, 1993 and given registration number SR 193-949.

10. Sometime within the past three years, Defendant used the sound recording of "You're So Cool" without authorization in a television advertisement for the Nintendo "GameCube." Plaintiff is informed and believes and thereon alleges that said Defendant also used the sound recording at issue herein in other forum in order to generate sales for their product.

11. Defendant infringed Plaintiff's copyright in the sound recording by using the sound recording without authorization.

12. In undertaking the conduct complained of in this action, Defendant knowingly and intentionally violated Plaintiff's rights.

13. Based upon the Defendant's willful infringement, Plaintiff is entitled to actual damages (or may hereafter elect statutory damages). Plaintiff is also entitled to an award of attorney's fees and costs.

14. The amount of actual damages shall be proven at the time of trial.

15. Additionally, Defendant has caused and continue to cause great injury to Plaintiff, which damage cannot be accurately computed, and unless this Court restrains this Defendant from further infringements, Plaintiff will suffer irreparable injury, for which there is no adequate remedy at law.

//

# SECOND CLAIM FOR RELIEF
# COPYRIGHT INFRINGEMENT
# [MUSICAL COMPOSITION]
# AGAINST ALL DEFENDANTS

16. Plaintiff realleges and incorporates by reference all allegations contained in paragraphs 1 through 6 as though said allegations were set forth in their entirety herein.

17. Plaintiff is the owner of the copyright in and to the musical composition and sound recording entitled "You're So Cool" written by Hans Zimmer that was released as part of the soundtrack to Morgan Creek's 1993 motion picture "True Romance."

18. Plaintiff duly complied with all required provisions of the copyright laws of the United States applicable to musical compositions and sound recordings, including but not limited to, duly registering and receiving a copyright in and to the musical composition with the United States Copyright Office. Specifically, the musical composition and sound recording were registered with the United States Copyright Office on or about August 11, 1993 and given registration number SR 193-949.

19. Sometime within the past three years, Defendant used the musical composition of "You're So Cool" without authorization in a television advertisement for the Nintendo "GameCube." Plaintiff is informed and believes and thereon alleges that said Defendant also used the musical composition at issue herein in other forum in order to generate sales for their product.

20. Defendant infringed Plaintiff's copyright in the musical composition by using the musical composition without authorization.

21. In undertaking the conduct complained of in this action, Defendant knowingly and intentionally violated Plaintiff's rights.

22. Based upon the Defendant's willful infringement, Plaintiff is entitled to actual damages (or may hereafter elect statutory damages). Plaintiff is also entitled to an award of attorney's fees and costs.

23. The amount of actual damages shall be proven at the time of trial.

24. Additionally, Defendant has caused and continue to cause great injury to Plaintiff, which damage cannot be accurately computed, and unless this Court restrains this Defendant from further infringements, Plaintiff will suffer irreparable injury, for which there is no adequate remedy at law.

WHEREFORE, Plaintiffs pray as follows:

1. That Defendant and all persons acting under the direction, control, permission or authority of said Defendant be permanently enjoined and restrained from using the copyrighted sound recording and musical composition and from causing or permitting said copyrighted musical composition and sound recording to be sold, distributed, broadcast or disseminated in connection with any broadcast or other means of dissemination used by Defendant.

2. That Defendant be ordered to pay Plaintiff's actual damages in an amount to be proven at the time of trial. Alternatively, in the event such an election is made by Plaintiff, that said Defendant be ordered to pay statutory damages as specified in 17 U.S.C. § 504(c)(1) for willful infringement. Plaintiff reserves the right to elect between statutory and actual damages as such election is permitted under 17 U.S.C. § 504.

3. That Defendant be ordered to pay the Plaintiff's costs and attorney's fees.

///
//
//

4. For such other and further relief as this Court may deem just and proper.

Dated: June 12, 2008

LAW OFFICES OF ALAN S. GUTMAN

By: _____
Alan S. Gutman
Attorneys for Plaintiff
MORGAN CREEK PRODUCTIONS, INC.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury.

Dated: June 12, 2008

LAW OFFICES OF ALAN S. GUTMAN

By: _____
Alan S. Gutman
Attorneys for Plaintiff
MORGAN CREEK PRODUCTIONS, INC.