Alan S. Gutman, SBN 128514
Matthew E. Hess, SBN 214732
LAW OFFICES OF ALAN S. GUTMAN
9401 Wilshire Boulevard, Suite 575
Beverly Hills, CA 90212-2918
Telephone: 310-385-0700
Facsimile: 310-385-0710
    email: alangutman@gutmanlaw.com
    email: mhess@gutmanlaw.com

Attorneys for Plaintiff MORGAN CREEK PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN CREEK PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NINTENDO OF AMERICA, INC., DOES 1 - 10, Inclusive, <br><br> Defendant. | Case No. CV08–03866 CBM (AGRx) <br><br> **NOTICE OF DISMISSAL** <br><br> **[Fed.R.Civ.P. 41(a)(1)]** |

TO THE COURT, ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE that the Plaintiff Morgan Creek Productions, Inc. hereby dismisses the above-entitled action pursuant to Fed.R.Civ.P. 41(a)(1).

Dated: June 18, 2008                    LAW OFFICES OF ALAN S. GUTMAN

/s/ Alan S. Gutman
By: _____
Alan S. Gutman
Attorneys for Plaintiff
MORGAN CREEK PRODUCTIONS, INC.